UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
| | ) | |
| v. | ) | 18 U.S.C. § 1957 |
| | ) | Money Laundering |
| LAURA FRANTZ | ) | |

THE GRAND JURY CHARGES THAT:

CR125-043

At all times material to this Indictment:

1. SouthState Bank was a financial institution within the meaning of 18 U.S.C. § 1956(c)(6). Its deposits were insured by the Federal Deposit Insurance Corporation.

2. Truist Bank was a financial institution within the meaning of 18 U.S.C. § 1956(c)(6). Its deposits were insured by the Federal Deposit Insurance Corporation.

3. United Community Bank was a financial institution within the meaning of 18 U.S.C. § 1956(c)(6). Its deposits were insured by the Federal Deposit Insurance Corporation.

## COUNTS ONE THROUGH THREE
*Money Laundering*
18 U.S.C. § 1957

4.  On or about the dates set forth below, in Richmond County, in the Southern District of Georgia, and elsewhere, the Defendant,

**LAURA FRANTZ,**

did knowingly engage and attempt to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of funds, such property having been derived from a specified unlawful activity, that is, bank fraud and wire fraud.

| COUNT | DATE | MONETARY TRANSACTION |
|---|---|---|
| 1 | August 22, 2022 | Transfer of $170,000 in funds from SouthState Bank account x9412 to SouthState Bank account x3913 |
| 2 | August 13, 2024 | Transfer of $90,000 in funds from Truist Bank account x4109 to United Community Bank account x9143 |
| 3 | August 15, 2022 | Transfer of $45,000 in funds from Truist Bank account x1048 to CF Preferred LLC |

All in violation of Title 18, United States Codes, Section 1957.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

Upon conviction of the Title 18 offense set forth in Counts One through Three of this Indictment, the Defendant, **LAURA FRANTZ**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A True Bill.

_____
Foreperson

_____  _____
Tara M. Lyons                     Jennifer S. Thompson
Acting United States Attorney     Assistant United States Attorney
                                  Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

4