UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR125-043 |
| ) | |
| LAURA FRANTZ ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jesse W. Owen** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jesse W. Owen** be granted leave of absence for the following periods: November 19, 2025 through November 28, 2025.

**SO ORDERED**, this the _18th_ day of November, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA